UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                        :

SHANNAH LAUMEISTER STERN, *as Co-Trustee of*  :
*the Marital Trust under Article Four of the Bert Stern*  :
*2010 Trust dated September 14, 2010*          :
                        :           26 Civ. 1410 (JPC)

              Plaintiff,     :

                        :             ORDER

     -v-                 :

                        :

HERITAGE AUCTIONEERS & GALLERIES, INC.,  :

                        :

             Defendant.    :

                        :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The Court has reviewed the parties' letters concerning Defendant's anticipated motion to dismiss, *see* Dkts. 14, 15.  The Court will hold a conference in this matter on May 12, 2026, at 4:45 p.m., in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

      SO ORDERED.

Dated: May 1, 2026                     _____
      New York, New York              JOHN P. CRONAN
                                United States District Judge